ISABEL SOJO DE MALGOR, recurrente, v. EL REGISTRADOR DE LA PROPIEDAD DE SAN JUAN, SECCIÓN PRIMERA, recurrido.

No. 643.—*Sometido:* Junio 10, 1926. *Resuelto:* Julio 21, 1926.

1. VENDEDOR Y COMPRADOR—REQUISITOS Y VALIDEZ DEL CONTRATO—CONTRATO CONSIGNADO EN ESCRITURA PÚBLICA—SU INSCRIPCIÓN—DEFECTO SUBSANABLE—INCOMPARECENCIA DEL ESPOSO EN COMPRA-VENTA OTORGADA A FAVOR DE LA ESPOSA.—Una esposa puede adquirir propiedad inmueble a su propio nombre sin que el esposo comparezca a la escritura otorgada al efecto, y la no comparencia de éste no constituye defecto subsanable alguno del título.

2. CORTES—CREACIÓN *(Establishment)*, ORGANIZACIÓN Y PROCEDIMIENTO EN GENERAL—"RULES OF DECISIONS", ADJUDICACIONES, OPINIONES Y RÉCORDS—DECISIONES EN CONFLICTO—DECISIONES DE UN MISMO TRIBUNAL.—Cuando hay conflicto, aparente o real, entre dos decisiones del Tribunal Supremo, debe prevalecer la más reciente.

NOTA de *A. Malaret*, R. (San Juan, Sección Primera), inscribiendo escritura de compraventa otorgada a favor de una esposa, con el defecto subsanable de no haber comparecido a dicha escritura el esposo de aquélla. *Revocada.*

*Angel R. de Jesús*, abogado del recurrente; el recurrido compareció por escrito.

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal.

[1, 2] En este caso aparece una esposa adquiriendo una propiedad inmueble sin que su esposo compareciera, y el registrador de la propiedad inscribió la escritura con un defecto subsanable. Hemos resuelto en dos ocasiones que una mujer puede adquirir bienes en esta forma. *Giménez* v. *El Registrador*, 21 D.P.R. 329, 332, y *Peraza* v. *El Registrador de Arecibo*, 30 D.P.R. 537. El registrador llama nuestra atención al hecho de que esta corte resolvió lo contrario en el caso de *Longpré* v. *El Registrador de San Juan*, 24 D.P.R. 896. No obstante, nuestra decisión en el caso posterior de *Peraza, supra,* no dejaba lugar a dudas. Cuando hay conflicto, aparente o real, entre dos decisiones de esta corte, debe prevalecer la más reciente. Toda la corte estaba consciente y enteramente convencida de que una esposa puede adquirir bienes en su propio nombre,

aunque desde luego la presunción es que los bienes así adquiridos pertenecen a la sociedad de gananciales.

*La nota recurrida debe ser revocada y hacerse la inscripción sin el defecto subsanable.*